**3**

1
2
3
4

**TRUDI G. MANFREDO,** Bar No. 166474
Chapter 7 Trustee
377 W. Fallbrook Ave., Ste. 102
Fresno, CA 93711
Telephone:  (559) 242-5577
Facsimile:  (559) 513-8148

5

6

7

8                    **UNITED STATES BANKRUPTCY COURT**

9                    **EASTERN DISTRICT OF CALIFORNIA**

10                         **FRESNO DIVISION**

11

| | |
|---|---|
| In the Matter of | Case No. 16-14215-A-7 |
| | Chapter 7 |
| DEREK A. CARROLL and | DC#: TMT-1 |
| KASEY R. CARROLL, | Date:  April 12, 2017 |
| | Time:  9:00 a.m. |
| Debtor(s). | Dept.: A, Courtroom 11, |
| | Fresno |
| | Honorable Fredrick Clement |

17

18            **TRUSTEE'S MOTION TO SELL THE BANKRUPTCY
             ESTATE'S INTEREST IN REAL PROPERTY**

19        TRUDI G. MANFREDO, Chapter 7 Trustee of the above-captioned

20   case ("Trustee"), respectfully represents as follows:

21        1.    Trustee is the duly appointed qualified and acting Trustee

22   of the above-referenced Bankruptcy Estate.

23        2.    Debtors filed for relief under Chapter 7 of the Bankruptcy

24   Code on November 22, 2016.

25        3.    This Court has jurisdiction over this proceeding under 28

26   U.S.C. § 1334(a).    This is a core proceeding under 28 U.S.C.

27   §157(b)(2)(A) and (N).  This motion is brought pursuant to 11 U.S.C.

28   §363.

1

4.    Venue is proper in this Court pursuant to 28 U.S.C § 1409(a) by virtue of the pendency of this case before the Court.

5.    One of the assets of the bankruptcy estate is residential real property located at 823 N. Valley Forge Dr., Hanford, CA, more particularly described on **Exhibit 1** filed concurrently herewith and incorporated herein by reference.

6.    Trustee believes the value of this real property is approximately $285,000.00.  The real property is encumbered by a deed of trust in favor of M&T Bank Mortgage in the approximate amount of $157,887.00 and Debtors have claimed an exemption in this property in the amount of $100,000.00.

7.    Trustee has received an offer from the debtors to purchase the estate's interest in the non exempt portion of the Real Property for a net to the estate of $6,390.00, and Trustee is currently holding these funds.

8.    Trustee has determined that there will be no adverse tax consequences.

9.    Trustee has not agreed to pay a commission in connection with the proposed sale.

10.    Trustee believes that an immediate sale of the non exempt equity back to the debtors is in the best interest of the estate and creditors due to the fact that she will not have to market the property.  Taking into account costs of sale and the delay involved in marketing the property, Trustee believes this is a reasonable offer.

11.    This offer is subject to higher and better bids received on or before the date of the hearing.  All bids must have no contingencies.  Potential bidders must bring certified funds in the

amount of $264,277.00 made payable to TRUDI G. MANFREDO, Ch. 7 Bankruptcy Trustee of the Bankruptcy Estate of DEREK A. CARROLL and KASEY R. CARROLL which is to be negotiated only if that bid is the highest bid.  The initial overbid must be $264,777.00.  Potential bidders must also bring evidence of the availability of funds to pay the total purchase price of their bid.  The balance of the funds must be paid no later than seven (7) days after the entry of the Order approving the sale.

12.  Trustee also requests that the fourteen day provision of Fed. B. Bankr. P. Rule 6004(h) be waived.

WHEREFORE, trustee prays as follows:

1.  That the Motion be granted.

2.  That Trustee be authorized to sell the estate's interest in the above described real property to the Debtors for $6,390.00.

3.  That the fourteen day provision of Fed.B.Bankr.P. Rule 6004(h) be waived; and

4.  For such other and further relief as is just and proper.

Dated: 3-2-17

/s/ Trudi G. Manfredo
TRUDI G. MANFREDO, Trustee